# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| USI INSURANCE SERVICES LLC,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>ELISIA HAHNENBERG   )<br>AND SOUTHEAST SERIES   )<br>OF LOCKTON COMPANIES,   )<br>LLC,   )<br>)<br>Defendants.   ) | **Civil Action File No.**<br>**1:25-cv-01995-SDG** |

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff USI Insurance Services ("USI") through its undersigned counsel, hereby gives notice of filing the following:

1. Affidavit of Service of the Summons and Complaint upon Defendant Southeast Series of Lockton Companies LLC, attached hereto as **Exhibit A**.

Respectfully submitted this 24th day of April, 2025.

                         **BRADLEY ARANT BOULT CUMMINGS LLP**

                         */s/ Nancy H. Baughan*
                         Nancy H. Baughan
                         Georgia Bar No. 042575
                         Timia A. Skelton
                         Georgia Bar No. 667099
                         Promenade Tower, Suite 2100
                         1230 Peachtree Street NE
                         Atlanta, Georgia 30309

nbaughan@bradley.com
tskelton@bradley.com
Telephone: 404-868-2100
Facsimile: 404-868-2010

*Counsel for Plaintiff USI Insurance Services LLC*

**CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 24th day of April, 2025.

                                                                         */s/ Nancy H. Baughan*
                                                                          Nancy H. Baughan
                                                                          Georgia Bar No. 042575
                                                                          nbaughan@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April, 2025, I caused to be electronically filed the foregoing **NOTICE OF FILING AFFIDAVIT OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all attorneys of record.

*/s/ Nancy H. Baughan*
Nancy H. Baughan

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| USI Insurance Services, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Elisia Hahnenberg and Southeast Series of Lockton Companies, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:25-CV-1995 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Southeast Series of Lockton Companies, LLC
c/o Registered Agent - Corporate Creations Network
2985 Gordy Parkway, 1st Flr
Marietta, Georgia 30066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancy H. Baughan
Timia A. Skelton
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE Suite 2100
Atlanta, Georgia 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  4/14/2025

s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC
was received by me on *(date)* 4-17-25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MS PAMELA JORDAN , who is
designated by law to accept service of process on behalf of *(name of organization)* REGISTERED AGENT FOR
CORPORATE CREATIONS NETWORK, INC   on *(date)* 4-18-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-22-25

*Server's signature*

JEFF DOLBIER GEORGIA CERTIFIED PROCESS SERVER
*Printed name and title*

40 CAROLYN CT
MCDONOUGH, GA 30252
*Server's address*

Additional information regarding attempted service, etc: